UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-30424 |
|---|---|
| DAVID P DONOVAN | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4077913**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 9/ 22 | UNISTATES CREDIT AGENCY LLC<br>2809 WEHRIE DRIVE<br>SUITE 1<br>WILLIAMSVILLE, NY  14221 | 62.94 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/24/2011

Certificate of Service        08-30424

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DAVID P DONOVAN
4473 BASCULE BRIDGE DRIVE
APT 617
BEAVERCREEK, OH  45440

JEFFREY P ALBERT
4403 N MAIN ST
DAYTON, OH  45405

(19.1n)
ERICH M RAMSEY
ASCENSION LAW GROUP
BOX 201347
ARLINGTON, TX  76006

(21.1n)
JEFFERSON CAPITAL SYSTEMS LLC
BOX 7999
SAINT CLOUD, MN  56302

(20.1n)
RECOVERY MGT SYS CORP
ATTN RAMESH SINGH BK SPECIALIS
25 SE 2ND AVE STE 1120
MIAMI, FL  33131

(22.1)
UNISTATES CREDIT AGENCY LLC
2809 WEHRIE DRIVE
SUITE 1
WILLIAMSVILLE, NY  14221

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     sv